IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL CARTER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:10cv139-CSC |
| | )                (WO) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|    Defendant. | ) |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings,[1] opinions and orders entered in this case, it is

ORDERED and ADJUDGED that the Commissioner's decision be and is hereby AFFIRMED and that this case be and is hereby DISMISSED with prejudice.

Done this 22nd day of July, 2013.

                                    /s/Charles S. Coody
                                  CHARLES S. COODY
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1, the parties have consented to a United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment. *See* Docs. # 8 & 9.